UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 1:20-cv-02099-VM

SWEDISHANDSTYLISH LLC,
a Florida limited liability company,

    Plaintiff,

v.

CHRISTIAN DIOR, INC.
a New York corporation,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff SWEDISHANDSTYLISH LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing the above-styled action, with prejudice, each party to bear their own attorneys' fees and costs.

Date:  August 6, 2020.

    Respectfully submitted,

    By:  */s/ David Brafman*
        David Brafman
        AKERMAN LLP
        777 South Flagler Drive
        Suite 1100, West Tower
        West Palm Beach, FL  33401
        Tel.:  (561) 653-5000
        Fax:  (561) 659-6313
        Email: david.brafman@akerman.com

    *Counsel for Plaintiff Swedishandstylish, LLP*